# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 120 - ALL | **DATE** | 2/8/2008 |
| **CASE TITLE** | USA vs. Michael G. Dennis et al | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 2/8/08 as to Michael G. Dennis (1) and Jonathan Eiber (2). Defendant appears in response to the arrest on 2/8/08. Defendants informed of their rights. Daniel J. Hesler's oral motion for for appointment of counsel to all defendants is granted for initial appearance only. Government and defendants agree to certain conditions of release. Preliminary examination set for 2/19/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|