UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
J.N  MAR 0 7 2008
3-7-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 120 |
| v. | ) | |
| | ) | Violations: Title 18, United States |
| MICHAEL G. DENNIS and | ) | Code, Sections 656 and 2 |
| JONATHAN EIBER | ) | |
| | ) | |

JUDGE COAR

MAGISTRATE JUDGE VALDEZ

The UNITED STATES ATTORNEY charges:

On or about February 7, 2008, at Evergreen Park, in the Northern District of Illinois, Eastern Division,

MICHAEL G. DENNIS,

defendant herein, being an employee of Standard Bank & Trust, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did embezzle and willfully misapply money exceeding $1,000 in value, belonging to and entrusted to the custody and care of said bank; and

JONATHAN EIBER,

defendant herein, did knowingly aid and abet the commission by Michael G. Dennis, of the above offense;

In violation of Title 18, United States Code, Sections 656 and 2.

UNITED STATES ATTORNEY