## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 120-1 | **DATE** | March 13, 2008 |
| **CASE TITLE** | USA vs. Michael Dennis | | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on 3/13/2008. Defendant appeared with counsel and waived the reading of the information. Waiver of Indictment entered. . Defendant entered a plea of not guilty to the Information. Local Criminal Rule 16.1 materials were tendered by the Government . Defendant to file Motions by 4/10/2008; Government to file responses to any motion by 4/17/2007. Hearing on any filed motion and Status hearing set for April 25, 2008 at 9:30 a.m. The defendant's bond shall remain in place.. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/25/2008 (X-T).

Docketing to mail notices.

00::03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|