AO 455 (Rev. 5/85) Waiver of Indictment

3-13-08
**FILED**
MAR 13 2008
Judge David H. Coar
United States District Court

UNITED STATES DISTRICT COURT

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

CASE NUMBER: 08 CR 0120

v.

MICHAEL G. DENNIS

**WAIVER OF INDICTMENT**

I, ___MICHAEL G. DENNIS___, the above named defendant, who is accused of one count of theft, embezzlement, or misapplication by a bank officer or employee, in violation of Title 18, United States Code, Section 656, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on February 19, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*

MAR 13 2008