## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 120-1 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Michael Dennis | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 2/19/08 as to Michael Dennis (1). Daniel J. Hessler is hereby withdrawn as counsel for defendant. Michael McMann's granted leave to file appearance as counsel for defendant. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:02

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|