## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael G Dennis, et al.

Defendant.

Case No.: 1:08–cr–00120
Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

MINUTE entry before Judge Honorable David H. Coar: Status hearing held on 4/25/2008as to Michael G. Dennis and Jonathon Eiber. Change of Plea Hearing set for 4/30/2008 at 10:30 AM. as to both defendants. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/30/2008. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.